IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-25-FL

| | |
|---|---|
| YONGXU SUN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JANE DOE, associated with the FLOKI ) | |
| token project, whose true identity will be ) | |
| ascertained upon further discovery by filing ) | |
| a motion to subpoena Coinbase, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court upon plaintiff's motion to proceed in forma pauperis (DE 2), and plaintiff's motion to compel (DE 4).

Plaintiff filed complaint and moved to proceed in forma pauperis ("IFP") on January 16, 2025. The IFP request was referred to United States Magistrate Judge Robert B. Jones, Jr., who issued a memorandum and recommendation ("M&R") recommending its denial (DE 6). Plaintiff lodged no objections to the M&R, and subsequently paid the required filing fees. The court therefore adopts the M&R, and plaintiff's motion for leave to proceed in forma pauperis is DENIED.

Plaintiff seeks to compel Coinbase, Inc. to disclose the identity of the individuals associated with the cryptocurrency around which the complaint revolves. However, plaintiff's proposed subpoena is facially defective because, for example, it lacks any description of the information or materials sought. (See Proposed Subpoena (DE 1-4)). Plaintiff's motion to compel is therefore DENIED WITHOUT PREJUDICE to plaintiff's right to refile with a proper subpoena. Plaintiff

is DIRECTED to file a renewed motion with a proper subpoena, if any, within 21 days of the date of this order. At that time, the court will consider a renewed motion under Federal Rule of Civil Procedure 26(d)(1).

SO ORDERED, this the 14th day of March, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge