IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-25-FL

| | |
|---|---|
| YONGXU SUN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| JANE DOE, associated with the FLOKI | ) |
| token project, whose true identity will be | ) |
| ascertained upon further discovery by filing | ) |
| a motion to subpoena Coinbase, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court upon plaintiff's renewed motion to compel (DE 9).

Plaintiff seeks to subpoena Coinbase, Inc., to compel it to disclose the identity of the anonymous individuals associated with the cryptocurrency around which the complaint revolves, so that plaintiff may name and serve them. In contrast to plaintiff's original motion, plaintiff's proposed subpoena now contains a specific description of the documentation plaintiff seeks to obtain. (See Proposed Subpoena (DE 9-2)).[1]

Courts routinely permit parties to serve early discovery, including subpoenas, to determine the identity of digitally anonymized parties. See, e.g., LHF Productions, Inc. v. Does 1-5, No. 1:17-cv-151, 2017 WL 2960789, at *1 (W.D.N.C. July 11, 2017); Virgin Records Am., Inc. v. Doe, No. 5:08-cv-389-D, 2009 WL 700207, at *1–2 (E.D.N.C. Mar. 16, 2009); Elektra Ent. Grp.,

---

[1] The court notes that plaintiff's motion asks to subpoena two different parties, but plaintiff attaches two copies of the same subpoena, which is addressed to only one party. (See Mot. Compel (DE 9) 1; Proposed Subpoena (DE 9-2); Proposed Subpoena (DE 9-3)). The court infers this was an accidental oversight. If plaintiff wishes to subpoena the other entity, plaintiff may submit a separate motion with a proposed subpoena naming the other entity.

Inc. v. Doe, No. 5:08-cv-115-FL, 2008 WL 5111886, at *1 (E.D.N.C. Dec. 4, 2008). Plaintiff's subpoena is therefore appropriate under these circumstances. Plaintiff's motion to compel is GRANTED. The clerk is DIRECTED to issue the subpoena at DE 9-2.

SO ORDERED, this the 7th day of April, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge